Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

TINNA WOODRUFF, as Administratrix of the Estate of LLOYD WOODRUFF, Deceased, Respondent, v. FRANK J. HELLER et al., Appellants, et al., Defendants. FRANK J. HELLER et al., Third-Party Plaintiffs, v. RIZZI CONSTRUCTION Co., INC., Third-Party Defendant. (Action No. 1, Supreme Court — Westchester County.) PAUL JAKUBEC, Respondent, v. HEATHCOTE OVERHILL CORP. et al., Appellants. HEATHCOTE OVERHILL CORP. et al., Third-Party Plaintiffs, v. RIZZI CONSTRUCTION Co., INC., Third-Party Defendant. (Action No. 2, Supreme Court — Bronx County.) CHARLES POTHOFF et al., Respondents, v. FRANK J. HELLER et al., Appellants; SCARSDALE SUPPLY COMPANY, Respondent, et al., Defendants. FRANK J. HELLER et al., Third-Party Plaintiffs, v. RIZZI CONSTRUCTION Co., INC., Third-Party Defendant. (Action No. 3, Supreme Court — Queens County.) ANNE T. DE GREGORY, as Administratrix of the Estate of RAYMOND P. DE GREGORY, Deceased, Respondent, v. FRANK J. HELLER et al., Appellants; SCARSDALE SUPPLY COMPANY, Respondent, et al., Defendants. FRANK J. HELLER et al., Third-Party Plaintiffs, v. RIZZI CONSTRUCTION Co., INC., Third-Party Defendant. (Action No. 4, Supreme Court — Westchester County.) THOMAS MARSHALL, Respondent, v. FRANK J. HELLER et al., Appellants; SCARSDALE SUPPLY COMPANY, Respondent, et al., Defendants. FRANK J. HELLER et al., Third-Party Plaintiffs, v. RIZZI CONSTRUCTION Co., INC., Third-Party Defendant. (Action No. 5, Supreme Court — Westchester County.) JEREMIAH O'LEARY, Respondent, v. FRANK J. HELLER et al., Defendants; ARTHUR D. STOLLE-DELVAL CORP. et al., Appellants, and SCARSDALE SUPPLY COMPANY, Respondent. ARTHUR D. STOLLE-DELVAL CORPORATION et al., Third-Party Plaintiffs, v. RIZZI CONSTRUCTION Co., INC., Third-Party Defendant. (Action No. 6, Supreme Court — New York County.)

Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

(October 4, 1955.)

In the Matter of STATEN ISLAND WAR MEMORIAL ASSOCIATION, INC., Respondent. MYRA S. BARNES et al., Appellants; STATEN ISLAND PLAZA INC., et al., Respondents.—
Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ. [See *ante,* p. 887.]